# DIGEST OF DECISIONS

OF

# SUPREME COURT AND COURT OF APPEALS, TYLER TERM, 1884.

### TEXAS AND PACIFIC R'Y CO. VS. MITCHEL.

Appeal from Grayson county.

*Negligence--Railroad Company---Liability.*—When an animal (stock) is shown to have been killed by the cars of a railroad company, the owner is entitled to the value thereof, negligence or no negligence, unless the company has its road fenced, if it be not unlawful to fence it at that place. A failure to fence is, of itself, such negligence as will make the company liable for the stock without proof of other negligence. To defeat this liability the company must show that the company has built and maintained, on both sides of the road, wherever it may lawfully do so, a fence sufficient to turn stock. The fact that the killing occurs within the limits of an incorporated city or town does not alter this rule.

Opinion by Hurt, J.

### MCDONALD VS. BLOUNT.

Appeal from Hill county.

*Appearance—Jurisdiction.*—When a party comes into court and agrees that the cause may be continued, and the cause in pursuance of this agreement is continued, this is such an appearance as will operate to give the court jurisdiction of his person by consent. A plea of privilege filed after such action comes too late.

Opinion by Hurt, J.